UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. HAWKINS,<br><br>           Petitioner,<br><br>    v.<br><br>JOSIE GASTELO, Warden,<br><br>           Respondent. | No.  CV 19-7991-JVS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS ORDERED that Respondent's motion to dismiss the First Amended Petition for Writ of Habeas Corpus is GRANTED. The First Amended Petition for Writ of Habeas Corpus is DENIED for failure to state a cognizable claim on federal habeas review.

DATED: December 1, 2020

                                         JAMES V. SELNA
                                 United States District Judge