UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL D. HAWKINS, | ) | NO. CV 19-7991-JVS (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| JOSIE GASTELO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition For Writ of Habeas Corpus is DENIED for failure to state a cognizable claim on federal habeas review.

DATED: December 1, 2020

_____
JAMES V. SELNA
United States District Judge